# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| **IN RE:**<br>KEMMIS T. BREWER<br>KATONIA L. BREWER<br>1630 DUNLAP ROAD<br>WINTERVILLE, GA  30683-4207 | **CHAPTER 13**<br><br><br>**Case Number:** 08-30906-JPS<br><br><br>**ATTORNEY:** CHRISTOPHER LIKEN |

## TRANSMITTAL OF UNCLAIMED FUNDS

Now comes the Chapter 13 trustee and transmits to William E. Tanner, Clerk of the United States Bankruptcy Court, the sum of $711.33 in unclaimed funds on behalf of the above-referenced debtors. The last known address for the creditor is as follows:

Dr. Setia & Hendrix
225 Hawthorne Park
Athens, GA 30606


**DATED:** November 19, 2013

/s/ Camille Hope
**Camille Hope, Trustee**
**P.O. Box 954**
**Macon, GA 31202**
**(478) 742-8706**